UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CORNEL RASHARD MILEY,<br><br>　　　　Movant,<br><br><br>　　　　v.<br><br>UNITED STATES OF AMERICA,<br>　　　　Respondent. | CRIMINAL ACTION NO.<br>1:23-CR-00077-SEG-JEM-2<br><br><br>CIVIL ACTION NO.<br>1:24-CV-4195-SEG-JEM |

## O R D E R

This case is before the Court on the Magistrate Judge's Final Report and Recommendation that Movant Cornel Rashard Miley's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence (Doc. 209) be denied. (Doc. 215.) A district judge has broad discretion to accept, reject, or modify a magistrate judge's proposed findings and recommendations. *United States v. Raddatz*, 447 U.S. 667, 680 (1980). No objections have been filed in response to the Magistrate Judge's Report and Recommendation. In accordance with 28 U.S.C. § 636(b)(1) and Rule 59 of the Federal Rules of Criminal Procedure, the Court has reviewed the Magistrate Judge's Report and Recommendation for clear error and finds none. The Court **ADOPTS** the Magistrate Judge's Report and

Recommendation as the order of this Court. Accordingly, Movant's 28 U.S.C. § 2255 motion (Doc. 209) is **DENIED** and a certificate of appealability is **DENIED** because Movant has not made a substantial showing of the denial of a constitutional right and resolution of the issues presented is not debatable. As no matters remain pending before the Court, the Clerk is **DIRECTED** to close civil action number 1:24-CV-4195-SEG-JEM.

SO ORDERED this 28th day of May, 2025.

_____
SARAH E. GERAGHTY
United States District Judge